844

HAROLD FIELDS, Respondent, v. JOSEPH L. ROSENBERG, Appellant.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

THEODORE C. CORWIN, on Behalf of Himself and All Stockholders Similarly Situated, Appellant, v. NEW YORK CITY INTERBOROUGH RAILWAY COMPANY et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

INDEMNITY INSURANCE COMPANY OF NORTH AMERICA, Respondent, v. CORN EXCHANGE BANK TRUST COMPANY, Appellant.—

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

AEONITT REALTY CORPORATION, Appellant, v. CITY OF NEW YORK, Respondent.

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

HANNAH HOULIHAN, Respondent, v. BENJAMIN SELENGUT, Appellant, Impleaded with Another.— No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.